### DANIEL MASON v. R. M. BRAWLEY, JR.

(Filed 8 June, 1940.)

APPEAL by plaintiff from *Olive, Special Judge,* at November Term, 1939, of GUILFORD. Affirmed.

*James E. Coltrane and W. Henry Hunter for plaintiff.*
*Zeb V. Turlington and John W. Caffey for defendant.*

PER CURIAM. At the conclusion of plaintiff's evidence, motion for judgment of nonsuit was allowed. An examination of the evidence offered by the plaintiff leads us to the conclusion that the plaintiff has failed to offer any substantial evidence of actionable negligence upon the part of the defendant. Plaintiff was struck while he was attempting to cross the highway in front of defendant's motor vehicle. The judgment of nonsuit is
Affirmed.